**1**

LIVERPOOL & LONDON & GLOBE INSURANCE COMPANY, LIMITED, OF LIVERPOOL, et al., Plaintiffs in Error, v. MART WATERMAN COMPANY, Inc., Defendant in Error. (Circuit Court of Appeals, Second Circuit. March 2, 1925.) No. 265. In Error to the District Court of the United States for the Eastern District of New York. Writ of error to a judgment entered upon the verdict of a jury in the District Court for the Eastern District of New York. See, also, 287 F. 267. Fox & Weller, of New York City (Julius M. Mayer, Robert J. Fox, and Robert P. Schur, all of New York City, of counsel), for plaintiffs in error. Rounds, Schurman & Dwight, of New York City (Charles E. Hughes, Jr., Thomas L. Ennis, and Cyrus B. Austin, Jr., all of New York City, of counsel), for defendant in error. Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Judgment affirmed, with costs.

---

**2**

LOCAL NO. 280, JOURNEYMAN TAILORS' UNION OF AMERICA, et al., Appellants, v. Jacob W. SILVERSTEIN et al. (Circuit Court of Appeals, Eighth Circuit. December 10, 1924.) No. 6636. Appeal from the District Court of the United States for the Eastern District of Missouri. Edward W. Foristel, James T. Roberts, and Harvey B. Cox, all of St. Louis, Mo., for appellants. Walter H. Saunders, Bernard Greensfelder, Joseph H. Grand, and H. C. Whitehill, all of St. Louis, Mo., for appellees.

PER CURIAM. Appeal dismissed, at costs of appellants, per stipulation of parties.

---

**3**

H. W. LOEB et al., Appellants, v. John W. SPARKS. (Circuit Court of Appeals, Eighth Circuit. April 28, 1925.) No. 7031. Appeal from the District Court of the United States for the District of South Dakota. M. F. Watts, William R. Gentry, Forest P. Tralles, and Irvin V. Barth, all of St. Louis, Mo., for appellants. W. G. Rice, of Deadwood, S. D., Norman T. Mason, of Los Angeles, Cal., and E. W. Martin, of Hot Springs, S. D., for appellee.

PER CURIAM. Appeal docketed and dismissed, with costs, per stipulation of parties, etc.

---

**4**

LOGAN COUNTY COAL CORPORATION, a Corporation, Plaintiff in Error, v. CHESA- PEAKE & OHIO RAILWAY COMPANY, a Corporation, Defendant in Error. (Circuit Court of Appeals, Fourth Circuit. November 12, 1924.) No. 2284. In Error to the District Court of the United States for the Southern District of West Virginia, at Charleston. Brown, Jackson & Knight, of Charleston, W. Va., for plaintiff in error. Fitzpatrick, Brown & Davis, of Huntington, W. Va., for defendant in error.

PER CURIAM. Consent order dismissing case filed.

---

**5**

Lewis LONG, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Fourth Circuit. April 24, 1925.) No. 2342. In Error to the District Court of the United States for the Western District of North Carolina, at Charlotte. T. L. Kirkpatrick, D. B. Smith, and John J. Parker, all of Charlotte, N. C., for plaintiff in error. F. A. Linney, U. S. Atty., of Charlotte, N. C., C. A. Jonas, Asst. U. S. Atty., of Lincolnton, N. C., F. C. Patton, Asst. U. S. Atty., of Charlotte, N. C., and T. J. Harkins, Asst. U. S. Atty., of Asheville, N. C.

PER CURIAM. Order dismissing case per joint agreement of parties filed.

---

**6**

Wilson MARSHALL, Appellant, v. Steamship MAASDAM, Appellee (in Forma Pauperis). (Circuit Court of Appeals. Fifth Circuit, April 14, 1925.) No. 4481. Appeal from the District Court of the United States for the Eastern District of Louisiana; Rufus E. Foster, Judge. Van Buren Harris, of New Orleans, La. (James Wilkinson, of New Orleans, La., on the brief), for appellant. Walter Carroll, of New Orleans, La. (Geo. H. Terriberry, Frazer L. Rice, W. W. Young, and Jos. M. Rault, all of New Orleans, La., on the brief), for appellee. Before WALKER and BRYAN, Circuit Judges, and BARRETT, District Judge.

PER CURIAM. Appellant, while climbing up a Jacob's ladder, which extended from the deck to the hold of the steamship Maasdam, on which he was employed as a longshoreman to assist in unloading cargo, fell and was injured. He libeled the steamship for negligence. Testimony in his behalf tended to show that the rope on one side of the ladder became untied, as a result of which the ladder collapsed and caused him to fall. On the other hand, evidence for the steamship was to the effect that the ladder did not become untied and give way, but that appellant missed his footing and fell. The District Judge expressed the opinion that the weight of the evidence was with the ship, but, as all the testimony was taken by deposition, we have made our own examination, and have reached the conclusion that the great preponderance of the evidence sustains the contention that the ladder did not become untied and collapse, as alleged in the libel. Other defenses were interposed, but it is unnecessary to consider them. The decree is affirmed.